# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Lisa DiBisceglie                                    Cr.: 17-00444-001
                                                                      PACTS #: 4041183

Name of Sentencing Judicial Officer:   THE HONORABLE KATHARINE S. HAYDEN
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/05/2018

Original Offense:   Count One: Attempt and Conspiracy to Commit Wire Fraud., 18 U.S.C § 1349

Original Sentence: 36 months probation

Special Conditions: Special Assessment, Restitution, $24,024,465.65 Financial Disclosure, No New Debt/Credit, Forfeiture

Type of Supervision: Probation                          Date Supervision Commenced: 06/05/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to satisfy restitution. |

U.S. Probation Officer Action:

Throughout her term of probation, DiBisceglie has paid $814,611.27 towards her restitution and forfeiture order. DiBisceglie's probation supervision is due to expire on June 4, 2021, with an outstanding restitution balance of $23,205,564.70. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elizabeth A. Villa*

By:   ELIZABETH A VILLA
      Senior U.S. Probation Officer

/ eav

APPROVED:

*Elisa Martinez*            *04/27/2021*
ELISA MARTINEZ           Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

[X] Allow Supervision to Expire as Scheduled on June 4, 2021 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other-

 

s/Katharine S. Hayden
Signature of Judicial Officer

4/28/2021
Date